IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOLLIE HOSEA,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0605-WS-C |
| | ) |
| **JESSE LANGLEY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court on the Stipulation for Dismissal (doc. 106) filed by plaintiffs and defendants William Goodwin and Nedra Goodwin.  This filing is signed only by counsel for plaintiffs and the Goodwins, and does not reflect whether the other parties to this action consent to the contemplated dismissal.  Nonetheless, the Court has been informed that counsel for the other named defendants are aware of this Stipulation, and that they have no objection to it.

The proper authority for the contemplated dismissal of the Goodwins is Rule 41(a)(2), Fed.R.Civ.P.[1]  That rule authorizes the Court to dismiss a claim at the claimant's instance "upon order of the court and upon such terms and conditions as the court deems proper."  *Id.*   The Court's understanding is that the other defendants have no objection to the dismissal of plaintiffs' claims against the Goodwins.  Moreover, inasmuch as there are no asserted claims running between the Goodwins and any other defendant in this action, it is evident that granting the requested dismissal would neither prejudice any remaining defendant nor prevent complete relief from being afforded to the remaining parties in this action.

Under the circumstances, the Court finds that dismissal of plaintiffs' claims against the

---

[1] Although the Stipulation relies on Rule 41(a)(1)(ii), that provision is not available here.  That rule allows a party to take a voluntary dismissal without order of the Court only "by filing a stipulation of dismissal signed by all parties who have appeared in the action."  *Id.*  Given that the Stipulation was not signed by counsel for the nine other defendants who have appeared in this case, it cannot satisfy this requirement.

Goodwins is warranted and appropriate, pursuant to Rule 41(a)(2), Fed.R.Civ.P.  Accordingly, all of plaintiffs' claims against defendants William Goodwin and Nedra Goodwin in this action are **dismissed with prejudice**, with each party to bear her or his own costs.  Mr. and Ms. Goodwin are hereby **terminated** as parties to this action.  Additionally, the Goodwins' Motion for Summary Judgment (doc. 73) is **moot** and all briefing deadlines pertaining to same are terminated.   This Order does not dismiss plaintiffs' pending claims against any other defendant, nor does it affect the briefing schedules associated with any other pending motions.

DONE and ORDERED this 9th day of December, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE