# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **MOLLIE HOSEA,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )   CIVIL ACTION 04-0605-WS-C |
| | ) |
| **JESSE LANGLEY,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice** as to all claims and all defendants, except that Counts V and VI (state law claims of conversion and theft) are **dismissed without prejudice** as to defendants Leroy Rogers, Larry Fuller, Jimmy McDonald, Mike Ledkins, and Judy Ledkins.

DONE and ORDERED this 7th day of February, 2006.

                                                          s/ WILLIAM H. STEELE
                                                          UNITED STATES DISTRICT JUDGE